**Order filed February 15, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00434-CV
_____

### IN THE INTEREST OF Z.Q.N., A MINOR CHILD

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2016-14463**

---

## O R D E R

The brief of appellant, L.M.B., was due February 7, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 9, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM